UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRAIG ALAN TURNER,                    )    Case No. EDCV 06-216 PA(JC)
              Petitioner,             )
                                      )
         v.                           )    JUDGMENT
                                      )
ROBERT J. HERNANDEZ, Warden,          )
              Respondent.             )
                                      )
_____

        Pursuant to this Court's Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person
in State Custody is denied and this action is dismissed with prejudice.


        DATED: February 1, 2010

                                      _____
                                      HONORABLE PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE